THE PEOPLE OF THE STATE OF NEW YORK ex rel. W. KINTZING POST et al., as Trustees under the Will of MARY M. JONES, Deceased, Appellants, against WILLIAM S. MILLER et al., as Tax Commissioners of the City of New York, Respondents.

BANK FOR SAVINGS IN THE CITY OF NEW YORK, Respondent.
(Assessment for 1934)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. W. KINTZING POST et al., as Trustees under the Will of MARY M. JONES, Deceased, Appellants, against WILLIAM S. MILLER et al., as Tax Commissioners of the City of New York, Respondents.

BANK FOR SAVINGS IN THE CITY OF NEW YORK, Respondent.
(Assessment for 1935)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES H. SHARP, as Committee, Relators, against WILLIAM S. MILLER et al., as Tax Commissioners of the City of New York, Respondents.
(Assessment for 1937)

Submitted May 14, 1945; decided May 24, 1945.

838

*Julian S. Bush* and *Leon R. Jillson* for motion.
*Louise E. Abbott* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements on the ground that the orders do not finally determine the proceedings within the meaning of the Constitution.